UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DONALD W. WRIGHT, | ) | Case No. 07-1719-JCC |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| SNOHOMISH COUNTY, et al., | ) | |
| Defendants. | ) | |

The Court, after careful consideration of plaintiff's 42 U.S.C. § 1983 complaint, his most recent motion (Dkt. No. 18), together with all materials in support of and in opposition to those documents, the Report and Recommendation of United States Magistrate Judge James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 20).

(2) Plaintiff's "Motion to Excuse for Leave So As to Exhaust Remedies" is construed as a motion for a voluntary dismissal under Fed. R. Civ. P. 41(a)(1) and GRANTED, and plaintiff's proposed complaint (Dkt. No. 10) is therefore DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 2nd day of July, 2008.

JOHN C. COUGHENOUR
United States District Judge